**No. 51413.**—Protest 116097–K of W. F. Mackay (Pembina).

Opinion by CLINE, J.  It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).  In accordance therewith the claim for free entry was sustained.